IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00962-MSK-CBS

SAMANTHA ARCHULETTA, and
ROSEMARIE CARROLL, as parent and next friend,

    Plaintiffs,

v.

STEPHEN W. HOUSEWORTH, M.D.,
SMITH & NEPHEW, INC.,
DJO, INCORPORATED, f/k/a DJ ORTHOPEDICS, INC.,
REABLE THERAPEUTICS, LLC.,
I-FLOW CORPORATION,
ORATEC INTERVENTIONS, INC.,
ASTRAZENECA PHARMACEUTICAL LP,
ASTRAZENECA LP, and
ZENECA HOLDINGS, INC.,

    Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS ORDERED that parties stipulated motion to stay deadlines pending rulings by the MDL panel (*doc. no. 39)* is **GRANTED**. The court hereby stays the deadlines for Fed.R.Civ.P. 26(a)(1) disclosures and submission of confidential settlement statements.

    IT IS FURTHER ORDERED that parties shall submit a proposed scheduling order, by close of business on June 20, 2008, that provides for a stay of all discovery except that directed to product identification.

    IT IS FURTHER ORDERED that counsel for Plaintiffs, Donald Jones, is permitted to participate telephonically. Counsel shall contact the Court at (303) 844-2117 to participate in the hearing.

**DATED:**    June 19, 2008