IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00962-MSK-CBS

SAMANTHA ARCHULETTA, and
ROSEMARIE CARROLL, as parent and next friend,

       Plaintiffs,

v.

STEPHEN W. HOUSEWORTH, M.D.,
DJO, INCORPORATED, f/k/a DJ ORTHOPEDICS, INC.,
REABLE THERAPEUTICS, LLC.,
I-FLOW CORPORATION,
ASTRAZENECA PHARMACEUTICAL LP,
ASTRAZENECA LP, and
ZENECA HOLDINGS, INC.,

       Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS
SMITH & NEPHEW, INC. AND ORATEC INTERVENTIONS, INC.**
_____

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal With Prejudice as to All Claims Involving Defendants, Smith & Nephew, Inc., and Oratec Interventions, Inc. (Motion) **(#50)** filed July 25, 2008. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and the within matter is dismissed with prejudice as to Defendants Smith & Nephew, Inc., and Oratec Interventions, Inc., each party to pay their own costs and attorneys' fees. It is

**FURTHER ORDERED** that this dismissal does not affect the claims of Plaintiffs against the remaining Defendants. It is

**FURTHER ORDERED** that all subsequent pleadings shall include the revised caption.

DATED this 25th day of July, 2008.

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge