IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00962-MSK-CBS

SAMANTHA ARCHULETTA, and
ROSEMARIE CARROLL, as parent and next friend,

    Plaintiffs,

v.

SMITH & NEPHEW, INC.,
DJO, INCORPORATED, f/k/a DJ ORTHOPEDICS, INC.,
REABLE THERAPEUTICS, LLC.,
I-FLOW CORPORATION,
ORATEC INTERVENTIONS, INC.,
ASTRAZENECA PHARMACEUTICAL LP,
ASTRAZENECA LP, and
ZENECA HOLDINGS, INC.,

    Defendants.
_____

**ORDER OF DISMISSAL, WITH PREJUDICE, OF DEFENDANT DR. HOUSEWORTH**
_____

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal With Prejudice of Defendant Dr. Houseworth Only (Motion) **(#52)**. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims between Plaintiffs and Defendant Stephen W. Houseworth, M.D. shall be dismissed with prejudice, each party to pay his, her or its own costs. It is

**FURTHER ORDERED** that this dismissal between the Plaintiffs and this Defendant shall in no way constitute a release of the remaining Defendants. The caption shall reflect this change on all further filings.

DATED this 30th day of July, 2008.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge