IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00962-MSK-CBS

SAMANTHA ARCHULETTA, and
ROSEMARIE CARROLL, as parent and next friend,

      Plaintiffs,

v.

STEPHEN W. HOUSEWORTH, M.D.;
SMITH & NEPHEW, INC.;
DJO, INCORPORATED, f/k/a DJ ORTHOPEDICS, INC.;
REABLE THERAPEUTICS, LLC.;
I-FLOW CORPORATION; and
ORATEC INTERVENTIONS, INC.,

      Defendants.

## ORDER

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Dismiss Without Prejudice Astrazeneca Pharmaceuticals LP, Astrazeneca LP, and Zeneca Holdings, Inc. And to Amend the Caption (Motion) **(#58)**.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**.  All claims asserted in the above-captioned matter against Defendants Astrazeneca Pharmaceuticals LP, Astrazeneca LP, and Zeneca Holdings, Inc. are hereby dismissed without prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The caption shall be amended to reflect the deletion of these entities.

DATED this 3rd day of October, 2008.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge